IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                              CHAPTER 13

KELLY DEAN THOMPSON                                 CASE NO. 07-11003 NLJ

      Debtor(s).

DISMISSED AFTER CONFIRMATION
_____
NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES.  THE FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT (90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C.SECTION 347(a) AND 3011.

| DATE | CHECK NO. | PAYEE | ADDRESS | AMOUNT |
|---|---|---|---|---|
| 05/19/2009 | 030840 | KELLY THOMPSON | 15495 E RENO<br>CHOCTAW, OK 73020 | $ 196.15 |

DATED: 09/14/2009

/s/ John Hardeman
_____

CHAPTER 13 TRUSTEE
P.O. BOX 1948
OKLAHOMA CITY, OK 73101
(405)236-4843

#334/LB